JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE SAARI, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>HYGENIC CORP, a Delaware corporation, PERFORMANCE HEALTH, INC., a Pennsylvania corporation, BIOFREEZE, business entity unknown, AND DOES 1 THROUGH 50,<br><br>  Defendant. | CASE NO.: 8:18-CV-216-JLS-KESx<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>DISTRICT JUDGE: JOSEPHINE L. STATON<br>MAGISTRATE JUDGE: KAREN E. SCOTT |

## **ORDER**

The Joint stipulation for dismissal with prejudice is approved. The entire action, including all claims states herein against all parties is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 29, 2019

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
United States District Court Judge

- 1 -
ORDER GRANTING DISMISSAL WITH PREJUDICE